**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DRENDOLYN SIMS,
 *Plaintiff-Appellant*,

v.

MIKE STANTON,
 *Defendant-Appellee*.

No. 11-55401

D.C. No.
3:09-cv-01356-
JM-WMC

ORDER

On Remand from the United States Supreme Court

Filed January 9, 2014

Before: Stephen Reinhardt, Barry G . Silverman, and
Kim McLane Wardlaw, Circuit Judges.

**ORDER**

In accordance with the Supreme Court's opinion of November 4, 2013, as well as the resulting judgment, the district court's order granting summary judgment in favor of the defendant is **AFFIRMED**.